IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:21-834 |
| | ) | 18 U.S.C. § 1594(b) |
| | ) | 18 U.S.C. § 1592 |
| | ) | 18 U.S.C. § 1351 |
| | ) | 18 U.S.C. § 2 |
| vs. | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 1594(d)(1) |
| | ) | 18 U.S.C. § 1594(d)(2) |
| **ELIZABETH BALCAZAR** | ) | 28 U.S.C. § 2461(c) |
| **ENRIQUE BALCAZAR** | ) | |
| **BALCAZAR NATURE HARVESTING,** | ) | |
| **LLC** | ) | **SEALED INDICTMENT** |

COUNT ONE

THE GRAND JURY CHARGES:

That beginning at a date unknown to the Grand Jury, but from at least April 2021 up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, **ELIZABETH BALCAZAR, ENRIQUE BALCAZAR, AND BALCAZAR NATURE HARVESTING, LLC,** knowingly in and affecting interstate commerce, did combine, conspire, confederate, agree and have a tacit understanding with each other and with others known and unknown to the Grand Jury, to knowingly benefit, financially or by receiving anything of value, from participation in a venture which had engaged in providing and obtaining the labor and services of Victim 1, by means of (a) force, threats of force, physical restraint, and threats of physical restraint; (b) serious harm and threats of serious harm; (c) abuse and threatened abuse of the law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 1 to believe that, if Victim 1 did not perform such labor and services, that he/she would suffer serious harm

and physical restraint, knowing or in reckless disregard of the fact that the venture had engaged in the providing or obtaining of labor and services by such means, in violation of Title 18, United States Code, Section 1589;

Manner and Means

2. Defendant **ELIZABETH BALCAZAR** owns and operates **BALCAZAR NATURE HARVESTING, LLC** in South Carolina which provides seasonal harvesting labor to South Carolina area farms.

3. In or about the spring of 2021, one or more of the Defendants recruited Victim 1 from Mexico to work for defendant **BALCAZAR NATURE HARVESTING, LLC** in South Carolina.

4. Once Victim 1 was in the United States, the Defendants forced Victim 1 to work excessive hours and failed to pay Victim 1 his or her due wages including failing to pay overtime to Victim 1.

5. It was part of the conspiracy that one or more of the conspirators forced Victim 1 to work by threatening to cause Victim 1 to be deported if he/she did not work hard enough and produce enough.

6. It was part of the conspiracy that Defendant **ENRIQUE BALCZAR** would carry, brandish firearm, and discharge a firearm as a show of force to the victims.

7. It was part of the conspiracy that one or more of the conspirators attempted to restrain Victim 1 from fleeing their employ by maintaining custody and control over Victim 1's passport.

All in violation of Title 18, United States Code, Section 1594(b).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between in or around April 2021, and continuing until on or about August 2021, in the District of South Carolina and elsewhere, the defendant, **ENRIQUE BALCAZAR,** did knowingly provide and obtain the labor and services of Victim 1, by means of (a) force, threats of force, physical restraint, and threats of physical restraint; (b) serious harm and threats of serious harm; (c) abuse and threatened abuse of the law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 1 to believe that, if Victim 1 did not perform such labor and services, that Victim 1 would suffer serious harm and physical restraint;

In violation of Title 18, United States Code, Section 1589.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between in or around April 2021, and continuing until on or about August 2021, in the District of South Carolina and elsewhere, the defendant, **ENRIQUE BALCAZAR,** did knowingly provide and obtain the labor and services of Victim 2, by means of (a) force, threats of force, physical restraint, and threats of physical restraint; (b) serious harm and threats of serious harm; (c) abuse and threatened abuse of the law and legal process; and (d) a scheme, plan, and pattern intended to cause Victim 2 to believe that, if Victim 1 did not perform such labor and services, that Victim 2 would suffer serious harm and physical restraint;

In violation of Title 18, United States Code, Section 1589.

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Between in or around April 2021, and continuing up to and until the date of this indictment, in the District of South Carolina and elsewhere, the defendants, **ELIZABETH BALCAZAR and ENRIQUE BALCAZAR,** knowingly caused to be concealed, removed, confiscated, and possessed a passport and other government identity and immigration documents of Victim 1 in the course of a violation of Title 18, United Stats Code, Section 1589, and with the intent to violate Title 18, United States Code, Section 1589, and did aid and abet each other in doing so,

All in violation of Title 18, United States Code, Sections 1592(a) and 2.

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

That beginning at a date unknown to the Grand Jury, but from at least April 2021 up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the defendants, **ELIZABETH BALCAZAR, ENRIQUE BALCAZAR, AND BALCAZAR NATURE HARVESTING, LLC,** did knowingly and with the intent to defraud recruit, solicit, and hire Victim 1 from outside the United States for the purposes of employment inside the United States by means of materially false and fraudulent pretenses, representations, and promises regarding that employment, and did aid and abet each other in doing so,

All in violation of Title 18, United States Code, Sections 1351(a) and 2.

**NOTICE OF FORFEITURE**

LABOR TRAFFICKING:

Upon conviction for violation of Title 18, United States Code, Sections 1589 and 1592, as charged in Counts 1-4 of this Indictment, the Defendants, **ELIZABETH BALCAZAR, ENRIQUE BALCAZAR, AND BALCAZAR NATURE HARVESTING, LLC**, shall forfeit to the United States any property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offenses, and any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained, directly or indirectly, as a result of such offenses.

FOREIGN LABOR CONTRACTING:

Upon conviction for violation of Title 18, United States Code, Section 1351, as charged in Count 5 of this Indictment, the Defendants, **ELIZABETH BALCAZAR, ENRIQUE BALCAZAR, AND BALCAZAR NATURE HARVESTING, LLC**, shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained, directly or indirectly, as a result of such offenses.

PROPERTY

The property subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1594(d)(1) and (2), and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

a. Forfeiture Judgment:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to the violations of Title 18.

b. Real Property

221 Mayberry Court,
Gilbert, SC 29054
Titled in the name of: Rawl Farm Lands, LLC

SUBSTITUTE ASSETS:

If any of the above-described property, as a result of any act or omissions of the defendants:

(1) cannot be located upon the exercise of due diligence;
(2) has been transferred or sold to, or deposited with a third party;
(3) has been placed beyond the jurisdiction of the Court;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1594(d)(1) and (2), and Title 28, United States Code, Section 2461(c).

A True BILL

[redacted]

FOREPERSON

M. Rhett DeHart

M. RHETT DEHART (CFS/DD)
ACTING UNITED STATES ATTORNEY